# Michael Faillace & Associates, P.C.
110 East 59th Street
32nd Floor
New York, NY 10022

Ph:(212) 317-1200    Fax:(212) 317-1620

Regino Perez                                                April 12, 2012
11104

|             | File #: | Healthalicio |
| Attention:  | Inv #:  | Sample       |

RE: Regino Perez & Carlos Perez against Granny Sayz LLC and Healthalitious NYC Inc. (d/b/a Healthalicious) and Bennett Orfaly

| DATE      | DESCRIPTION                          | HOURS | AMOUNT      | LAWYER |
|-----------|--------------------------------------|-------|-------------|--------|
| Nov-16-11 | Meeting with client s re- itnakes    | 2.20  | 990.00      | MF     |
| Nov-21-11 | Research Lexis Nexis                 | 3.50  | 1,575.00    | MF     |
| Nov-22-11 | Drafted complaint                    | 3.25  | 1,462.50    | MF     |
| Nov-23-11 | Finalizing complaint                 | 1.75  | 787.50      | MF     |
| Dec-01-11 | Finalized and filed complaint at SDNY. | 2.80 | 1,260.00    | MF     |
| Mar-30-12 | Drafting damages chart               | 3.50  | 1,575.00    | MF     |
| Apr-05-12 | Attendance at court                  | 0.75  | 337.50      | MF     |
| Apr-10-12 | Drafting default motion              | 5.00  | 1,000.00    | YR     |
| Apr-11-12 | Prepared default motion fo filed     | 5.20  | 1,040.00    | YR     |
| Apr-12-12 | Finalizing default motion            | 4.75  | 950.00      | YR     |
|           | Totals                               | 32.70 | $10,977.50  |        |

**DISBURSEMENTS**

|            |                | |
|------------|----------------|--------:|
|            | Filing Fee     | 350.00  |
| Dec-26-11  | Process Server | 75.00   |
|            | Process Server | 75.00   |
|            | Process Server | 75.00   |
|            | Totals         | **$575.00** |

**Total Fee & Disbursements**     $11,552.50

**Balance Now Due**     $11,552.50

TAX ID Number     20-1211098