# Michael Faillace & Associates, P.C.

**Employment and Litigation Attorneys**

60 East 42nd Street, Suite 2020
New York, New York 10165

michael@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

**RECEIVED APR 11 2013 CHAMBERS OF COLLEEN McMAHON**

April 11, 2013

**BY FAX (212) 805-6326**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED** 4/15/2013 OK

Re:   Perez, et al. v. Granny Sayz LLC, et al.
      U.S.D.C., S.D.N.Y., 11-CV-8736 (CM)(MHD)

Dear Judge McMahon:

Counsel for Plaintiffs and Defendants (the "Parties") submit this joint letter to request that the Court extend the deadline for the time for the parties to seek the restoration of the action to the calendar by an additional 30 days. The reason for the request is that the Parties have reached agreement on the language of the settlement agreement, but need additional time to arrange for mutual execution by all Parties.

We thank the Court for its attention to this matter.

Respectfully submitted,

Michael A. Faillace

cc:   Vincent Bauer, Esq.
      *Counsel for Defendants*

DOCUMENT
ELECTRONICALLY FILED
4/15/13